■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MACK, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Santagata, J.), imposed September 5, 1984.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.